

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/3/2025

T**H**E **C**ITY OF **N**EW **Y**ORK

# LAW DEPARTMENT

MURIEL GOODE-TRUFANT
*Corporation Counsel*

100 CHURCH STREET
NEW YORK, NY 10007

SAARAH S. DHINSA
Phone: 212-356-0872
sadhinsa@law.nyc.gov

February 28, 2025

**<u>BY ECF</u>**
Honorable Margaret M. Garnett
United States District Judge
Southern District of New York
40 Foley Square, Room 2102
New York, New York 10007

     Re: *Beckford, et al. v. Melissa Aviles-Ramos, in her official capacity, et al.*, 24-CV-09930 (MMG)

Your Honor:

   I am an Assistant Corporation Counsel in the Office of the Corporation Counsel of the City of New York, and the attorney assigned to represent Defendants Melissa Aviles-Ramos, in her official capacity as Chancellor of the New York City Department of Education, and the New York City Department of Education in the above-referenced action.

   Given that there are pending motions in front of the Court, I respectfully request that the Court adjourn the initial pre-trial conference currently set for March 4, 2025, until after the motions are resolved. This is the first request for an adjournment of the initial pre-trial conference. Plaintiffs consent to this request.

Thank you for your consideration of this request.

        Respectfully submitted,

        _____
          s/
        Saarah S. Dhinsa
        Assistant Corporation Counsel

cc:  (via ECF)

Application GRANTED.  The Initial Pretrial Conference scheduled for March 4, 2025, is hereby ADJOURNED *sine die*, pending the resolution of Defendants' motion to dismiss and Plaintiffs' motion for a preliminary injunction.  The Clerk of Court is respectfully directed to terminate Dkt. No. 19.

The briefing schedule for Defendants' motion to dismiss shall be as follows: Plaintiff's opposition shall be due no later than **March 28, 2025**, and Defendants' reply shall be due two weeks after Plaintiff's opposition is filed, or **April 11, 2025**, whichever is earlier.

SO ORDERED.  Date: 3/3/2025.

HON. MARGARET M. GARNETT
UNITED STATES DISTRICT JUDGE