UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Marilyn Beckford, et al.,<br><br>         Plaintiffs,<br><br>-against-<br><br>New York City Department of Education, et al.,<br><br>         Defendants. | 1:24-cv-09930 (MMG) (SDA)<br><br>ORDER SCHEDULING<br>TELEPHONE CONFERENCE |

**STEWART D. AARON, United States Magistrate Judge:**

   The parties are directed to appear for a telephone conference on Wednesday, December 3, 2025, at 11:00 a.m. to address issues regarding attorneys' fees. At the scheduled time, the parties shall each separately call (855) 244-8681 and enter access code 2319 449 5090.

**SO ORDERED.**

Dated:  New York, New York
     November 24, 2025

                       _____
                         STEWART D. AARON
                         United States Magistrate Judge