

LIBERTY & FREEDOM
LEGAL GROUP, LTD

December 15, 2025

**VIA ECF**
Honorable Stewart D. Aaron
United States Magistrate Judge
District Court for the Southern District of New York
500 Pearl Street, Room 1970
New York, New York 10007

Re: *Beckford, et al. v. Aviles-Ramos et al*, 24-cv-09930
Request to Adjourn Conference

Your Honor:

Due to recent personnel changes, filing deadlines, and oral arguments this week, counsel for Plaintiffs has been unable to fully review the billing records for this matter to send to counsel for Defendants. Therefore, Plaintiffs respectfully request an adjournment of the conference, from December 17, 2025 to December 29, 2025, to allow for a more productive discussion on attorneys' fees.

The parties jointly sought an adjournment of this conference previously. Defendants consent to this request to adjourn the conference until December 29, 2025.

Respectfully Submitted,

*Nicole Lancia*

Nicole Lancia (4875811)
Cc: All Counsel of Record via ECF.

Request GRANTED. The telephone conference is adjourned to December 29 at 11:30 a.m.
SO ORDERED. Dated: 12/15/2025

*Stewart D. Aaron*