

**MURIEL GOODE-TRUFANT**
*Corporation Counsel*

## THE CITY OF NEW YORK
# LAW DEPARTMENT
100 CHURCH STREET
NEW YORK, NY 10007

**Marina Moraru**
*Special Assistant Corporation Counsel*
Office: (212) 356-2456

January 2, 2026

**VIA ECF**
Hon. Stewart D. Aaron
Daniel Patrick Moynihan United States Courthouse
500 Pearl St.
New York, New York 10007

Application GRANTED. The telephone conference currently scheduled for January 28, 2026, is adjourned until March 3, 2026, at 11:00 a.m.

SO ORDERED.
Dated: January 5, 2026

*Att d a*

   *Re:*  *Beckford et al., v. Aviles-Ramos et al.,* 24-9930 (MMG)(SDA)

Dear Magistrate Judge Aaron:

  I am a Special Assistant Corporation Counsel in the office of Corporation Counsel, Muriel Goode-Trufant, attorney for Defendants in the above-referenced action.

  I write to respectfully request an adjournment of the conference currently scheduled for January 28, 2026 to address issues regarding attorneys' fees to March 3, 2026 or a later date convenient to the Court. Plaintiffs provided their billing records to Defendants on December 30, 2025 and consent to this request. The requested extension will give Defendants' counsel time to complete the City's expedited internal review process by reviewing the billing records together with the underlying administrative record, begin settlement negotiations and hopefully resolve this matter without the need for a conference or motion practice. We have resolved recent similar IDEA fees cases brought by plaintiffs represented by the Plaintiffs' counsel without the need to burden the court with any sort of motion practice or conferences. The parties are hopeful this matter will be resolved as well.

  Accordingly, Defendants respectfully request an adjournment of the conference until March 3, 2026 or a later date convenient to the Court.

  Thank you for considering this request.

             Respectfully submitted,

             */s/ Marina Moraru*

             Marina Moraru, Esq.
             Special Assistant Corporation Counsel

cc: All Counsel of record (via ECF)