Application GRANTED. The telephone conference currently scheduled for Friday, March 3, 2026 is adjourned until Friday, April 3, 2026 at 11:00 a.m. SO ORDERED.

Dated: February 27, 2026



**STEVEN BANKS**
*Corporation Counsel*

# THE CITY OF NEW YORK
## LAW DEPARTMENT
100 CHURCH STREET
NEW YORK, NY 10007

**Marina Moraru**
*Special Assistant Corporation Counsel*
Office:  (212) 356-2456

February 26, 2026

**<u>VIA ECF</u>**
Hon. Stewart D. Aaron
Daniel Patrick Moynihan United States Courthouse
500 Pearl St.
New York, New York 10007

        *Re:     Beckford et al., v. Aviles-Ramos et al.,* 24-9930 (MMG)(SDA)

Dear Magistrate Judge Aaron:

I am a Special Assistant Corporation Counsel in the office of Corporation Counsel, Steven Banks, attorney for Defendants in the above-referenced action.

I write to respectfully request an adjournment of the conference currently scheduled for March 3, 2026 to address issues regarding attorneys' fees to March 27, 2026 or a later date convenient to the Court.  Plaintiffs consent to this request. Defendants presented an offer of settlement today, which Plaintiffs are considering. The requested adjournment should allow the parties the necessary time to engage in settlement discussions and hopefully resolve this matter without further burdening the Court.

Accordingly, Defendants respectfully request an adjournment of the conference until March 27, 2026 or a later date convenient to the Court.

Thank you for considering this request.

        Respectfully submitted,

        */s/ Marina Moraru*

        Marina Moraru, Esq.
        Special Assistant Corporation Counsel

cc:  All Counsel of record (via ECF)