Application GRANTED. The telephone conference currently scheduled for Friday, April 3, 2026 is adjourned until Thursday, April 30, 2026 at 11:00 a.m.
SO ORDERED.
Dated: March 31, 2026



**STEVEN BANKS**
*Corporation Counsel*

**THE CITY OF NEW YORK**
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NY 10007

**Marina Moraru**
*Special Assistant Corporation Counsel*
Office: (212) 356-2456

March 30, 2026

**VIA ECF**
Hon. Stewart D. Aaron
Daniel Patrick Moynihan United States Courthouse
500 Pearl St.
New York, New York 10007

      *Re:*     *Beckford et al., v. Aviles-Ramos et al.,* 24-9930 (MMG)(SDA)

Dear Magistrate Judge Aaron:

      I am a Special Assistant Corporation Counsel in the office of Corporation Counsel, Steven Banks, attorney for Defendants in the above-referenced action.

      I write to respectfully request an adjournment of the conference currently scheduled for April 3, 2026 to address issues regarding attorneys' fees to April 24, 2026 or a later date convenient to the Court. Plaintiffs consent to this request. The parties exchanged settlement offers, and need additional time for further settlement discussions. The requested adjournment should allow the parties the necessary time to engage in settlement discussions and hopefully resolve this matter without further burdening the Court.

      Accordingly, Defendants respectfully request an adjournment of the conference until April 24, 2026 or a later date convenient to the Court.

      Thank you for considering this request.

                              Respectfully submitted,

                              */s/ Marina Moraru*
                              Marina Moraru, Esq.
                              Special Assistant Corporation Counsel

cc:  All Counsel of record (via ECF)