**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **Marilyn Beckford, et al.,** | |
| **Plaintiffs,** | **1:24-cv-09930 (MMG) (SDA)** |
| **-against-** | **ORDER** |
| **New York City Department of Education, et al.,** | |
| **Defendants.** | |

**STEWART D. AARON, United States Magistrate Judge:**

It is hereby ORDERED that, no later than Friday, May 15, 2026, the parties jointly shall submit, via email to Aaron_NYSDChambers@nysd.uscourts.gov, at least four mutually agreeable dates when all parties and counsel are available for a settlement conference. The email should indicate whether the parties are available for the selected dates in the morning, afternoon, or both, and indicate their preference for an in-person conference or a remote conference using Microsoft Teams. The parties should consult Judge Aaron's Settlement Conference Procedures, available on the SDNY website, for the attendance requirements for the settlement conference.

**SO ORDERED.**

DATED:     New York, New York
           May 1, 2026

_____
STEWART D. AARON
United States Magistrate Judge